UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL LAMBERT, on behalf of himself and others similarly situated<br>    PLAINTIFF<br><br>VS.<br><br>PNC BANK, NATIONAL ASSOCIATION<br>    DEFENDANT. | CIVIL ACTION NO.:<br>4:12-cv-2303-AGF<br><br><br>JURY TRIAL DEMAND |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Joanna Nelson, and for her Notice of Settlement states:

1. On April 17, 2013 the parties agreed to an individual settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before May 14, 2013.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including April 12, 2013 in which to file a Notice of Dismissal after the Settlement is affected.

HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
Attorney at Law
640 Cepi Drive, SuiteA
Chesterfield, MO 63005
Email: bob@healeylawllc.com
Telephone:   (636) 536-5175
Fax:         (636) 590-2882
Co-counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 23rd day of April, 2013, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Robert T. Healey